*TERRY A. DAKE, LTD.*
**20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Telephone: (602) 710-1005
tdake@cox.net**

**Terry A. Dake - 009656**

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| JEFFREY D. MOYER, ) | |
| ROXY L. MOYER, ) | Case No. 2:18-BK-11979-PS |
| ) | |
| Debtors. ) | |
| ) | |

**MOTION TO EXTEND §727 DEADLINE
AND NOTICE OF BAR DATE**

The trustee moves this Court to extend the deadline for the trustee to file an objection to the discharge of the debtors. The trustee's motion is more fully set forth in and is supported by the following Memorandum Of Points And Authorities.

DATED January 2, 2019

                            *TERRY A. DAKE, LTD.*

                            By /s/ TD009656
                            Terry A. Dake
                            20 E. Thomas Rd.
                            Suite 2200
                            Phoenix, Arizona 85012-3133
                            Attorney for Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

The trustee is awaiting documents and information from the debtors regarding their financial affairs. Also, an examination has recently been rescheduled to a later date. Once the information is provided and the examination has been conducted, the trustee will

require time to evaluate the information and additional discovery may be required. In light of these outstanding issues, the trustee requests that the deadline for the trustee to object to the debtors' discharge be extended through and including March 28, 2019.

**WHEREFORE,** the trustee prays for the entry of an order extending the time for the trustee to object to the debtors' discharge as set forth herein.

DATED January 2, 2019.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133

**NOTICE OF MOTION TO EXTEND §727 DEADLINE**

The trustee has filed the above motion to extend the deadline for filing complaints under 11 U.S.C. §727(a).

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the trustee's motion, or if you want the court to consider your views on the trustee's motion, then on or before **January 25, 2019,** you or your attorney must file with the Court a written response requesting a hearing on the trustee's motion. File your response with the Court at:

**LOCATION**:
Clerk
United States Bankruptcy Court
230 N. First Ave.
Ste. 101
Phoenix, Arizona 85003-1706

If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

2

You must also mail or e-mail[1] a copy to the attorney for the trustee at:

> Terry A. Dake, Esq.
> ***Terry A. Dake, Ltd.***
> 20 E. Thomas Rd.
> Suite 2200
> Phoenix, Arizona 85012-3133
> tdake@cox.net

If you or your attorney do not take these steps, the Court may decide that you do not oppose the trustee's motion and may enter an order that grants the trustee's motion and extends the time for the trustee to object to your discharge.

Copy e-mailed on January 2, 2019 to:

**Benjamin Wright**
Wright Law Offices
2999 N. 44th St. Suite 600
Phoenix, AZ 85018
480-505-9276
Fax : 480-717- 3380
Email: bwright@wloaz.com

 /s/ TD009656

---

[1] E-mailed papers must be in pdf format.

3